


UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2022
OCTOBER 18, 2022 SESSION

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 2:22-CR-00196
 21 U.S.C. § 846
 21 U.S.C. § 841(a)(1)

**CATRA NELSON**
 **also known as "Trey"**
**STEVEN REGER**

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

From at least January 2020 to in or around March 2021, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendants CATRA NELSON, also known as "Trey," and STEVEN REGER, together with persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, to knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846.

**COUNT TWO**

On or about March 23, 2021, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant STEVEN REGER, aided and abetted by defendant CATRA NELSON, also known as "Trey," knowingly and intentionally distributed 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 2.

                                      WILLIAM S. THOMPSON
                                      United States Attorney

By: _____
                                      NEGAR M. KORDESTANI
                                      Assistant United States Attorney