AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**



# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>Catra Nelson<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 2:22-cr-00196-01 |

## ARREST WARRANT

REC'D USMS CHARLESTON, WV
OCT 18 2022 PM 4:30

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrive and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Catra Nelson        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   21 USC SECTION 846 - Conspiracy To Distribute 50 Grams Or More Of Methamphetamine
   21 USC SECTION 841(a)(1) - Aiding And Abetting Interstate Travel To Facilitate Drug Trafficking

Date:   10/18/2022                                   *Rory L. Perry II* /ts
                                                     *Issuing officer's signature*

City and state:   Charleston, WV                     Rory L. Perry II, Clerk of Court
                                                     *Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____         _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |
|---|